FILED
STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 2 2026

MITCHELL R. ELFERS
CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                No. CR 24-1346 JB

PAUL JESSEN, Jr.,

   Defendant.

## ORDER

THIS MATTER having come before the Court upon the Unopposed Motion of Defendant to Continue Trial and For a Definite Setting (Doc. 92); it appearing that the government does not object to the granting of the motion; it appearing that the Defendant has waived his rights to a speedy trial under 18 U.S.C. § 3161; the Court being duly advised in the circumstances of this matter, and it appearing that pursuant to *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) good grounds exist for the granting of the motion, the Court FINDS that it should be granted.

THE COURT FURTHER FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice are best served by granting a continuance of trial and that the ends of justice so served outweigh the interests of the public and the Defendant in a speedy trial.

THE COURT FURTHER FINDS that the amount of time between the filing of the suppression motions, motion to dismiss and the Court's decisions on pending pre-trial motions is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS THEREFORE ORDERED that the trial in this cause currently scheduled for April 13, 2026, be and hereby is **vacated** and continued to **July 6, 2026**.

IT IS FURTHER ORDERED that all other trial related deadlines will be extended

accordingly.

IT IS FURTHER ORDERED that the pretrial motions deadline will be June 1, 2026; and a pretrial conference shall be held on June 22, 2026.

IT IS FURTHER ORDERED that the period of time between April 13, 2026, and the new trial date shall be excluded for purposes of speedy trial computation pursuant to 18 U.S.C. § 3161.

_____
UNITED STATES DISTRICT JUDGE

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed April 1, 2026 (Doc. 92). Specifically, the Defendant's substantive motions need to be fully decided. Additional time is required for Defendant's expert to complete the report and to integrate that analysis into trial preparation, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for July 6, 2026 at 4:00 The pretrial motion deadline is June 1, 2026 ___. This ___ day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

4/2/26

4/2/26